UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTINA M. REYES,

                Plaintiff,

  v.

CAROLYN W. CAROLYN, Acting Commissioner of Social Security,

                Defendant.

Case No. C14-76-RSL-BAT

**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR ADDITIONAL PROCEEDINGS**

The Court has considered the record, and the Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and **ORDERS**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's final decision is reversed and remanded to the Social Security Administration for additional proceedings consistent with the Report and Recommendation.

(3)    The Clerk shall provide a copy of this Order to the parties.

DATED this 13th day of August, 2014.

                        /s/ Robert S. Lasnik
                        Robert S. Lasnik
                        United States District Judge