UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA M. REYES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:14-CV-00076-RSL<br><br>**REPORT AND RECOMMENDATION** |

　　　Plaintiff moves for a total award of **$5,691.07** under the Equal Access to Justice Act: $5,206.99 in attorney and paralegal fees, $18.33 in expenses, and $411.75 in costs. Dkt. 20. The Commissioner does not object to plaintiff's calculations or her entitlement to the EAJA award. Dkt. 22. The Court has reviewed plaintiff's motion and the supporting documentation and recommends **GRANTING** plaintiff's motion. A proposed order is attached. Because plaintiff's EAJA motion is unopposed, the district judge may consider it on the same day this Report and Recommendation is filed.

　　　DATED this 2nd day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION - 1