UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA M. REYES,<br><br>            Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 2:14-CV-00076-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EAJA ATTORNEY FEES, EXPENSES, AND COSTS** |

Having reviewed plaintiff's unopposed motion for attorney fees, expenses, and costs under the Equal Access to Justice Act, Dkt. 20, the Court **ADOPTS** the Report and Recommendation of Magistrate Judge Brian A. Tsuchida.  The Court **GRANTS** plaintiff's EAJA motion for $5,206.99 in attorney and paralegal fees, $18.33 in expenses, and $411.75 in costs. The total amount of **$5,691.07** shall be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and be delivered to plaintiff's counsel, Robert A. Friedman.  If, however, the U.S. Department of the Treasury determines that plaintiff's EAJA award is not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to plaintiff's attorney, Robert A. Friedman, based upon Plaintiff's assignment of these amounts to him.

///

1    DATED this 15th day of December, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge