UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTINA M REYES, | Civil No. 2:14-CV-00076-RSL |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion for Extension of Time, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that:

- Defendant shall have up to and including May 15, 2017, to file a response to Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b).

DATED this 2nd day of May 2017.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

Page 1     ORDER - [2:14-CV-00076-RSL]

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (866) 964-6291 x 28241
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov