U.S. DISTRICT JUDGE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTINA M. REYES, | ) |
| Plaintiff, | ) No. 2:14-cv-00076-RSL |
| v. | ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court has considered plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. §406(b). The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $23,247 in accordance with 42 U.S.C. §406(b). Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $5,260.99, the attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Dated this 11th day of May, 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Order - 1

ROBERT A. FRIEDMAN & ASSOCIATES, P.S.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
FAX (425) 259-7111